**Opinion issued March 13, 2018**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-17-00581-CV

————————————

**BRAD JONES, Appellant**

**V.**

**THIRD MILLENNIUM CAPITAL, Appellee**

On Appeal from the 11th District Court
Harris County, Texas
Trial Court Case No. 2015-19785

## MEMORANDUM OPINION

Appellant, Brad Jones, has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal

of case). Accordingly, we dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Massengale and Brown.